CA 03-299 e

~~partial payment~~

appeal fee

```
        UNITED STATES
        DISTRICT COURT
    WESTERN DISTRICT OF PENNSYLVANIA
            ERIE Division

        # 00500431 - AM  am
            July 12, 2005


    Code    Case #    Qty      Amount

    APPEAL D 03-299e ca  1 @  255.00
                              255.00 CH


    TOTAL→              255.00


    FROM: EDWARD KELLEY
          1111 ALTAMONT BLVD
          FRACKVILLE, PA 17931
```