OFFICE OF THE CLERK
**UNITED STATES COURT OF APPEALS**

| Marcia M. Waldron | FOR THE THIRD CIRCUIT | Telephone |
| Clerk | 21400 United States Courthouse | 267-299-4916 |
| | 601 Market Street | |
| | Philadelphia PA 19106-1790 | |

www.ca3.uscourts.gov

November 29, 2005

Mr. Robert V. Barth Jr., Clerk
United States District Court for the Western District of PA
Room 3100 United States Post Office & Courthouse
700 Grant Street, P.O. Box 1805
Pittsburgh, PA  15230

RE: Docket No. 05-3061
    Kelley  vs. Comm of PA
    D.C. No. 03-cv-00299

Dear Mr. Barth:

    Enclosed is a certified copy of the order in the above-entitled case. The certified order is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

    We return herewith the certified record in the case.

    Kindly acknowledge receipt for same on the enclosed copy of this letter.

    Counsel are advised of the issuance of the mandate by copy of this letter.  A copy of the certified order is also enclosed showing costs taxed, if any.

                    Very truly yours,
                    MARCIA M. WALDRON
                    Clerk


                    /s/ Anthony Infante
              By:   Anthony W. Infante
                    Case Manager


Enclosure

cc:
    Edward C. Kelley ES-4116
    Pamela R. Logsdon, Esq.